# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LAURIE BORDOCK**                                                 **PLAINTIFF**

v.                                No. 4:25-cv-482-DPM

**CITY OF MOUNTAIN HOME**                             **DEFENDANT**

## ORDER

Bordock submitted this 42 U.S.C. § 1983 case for filing in this district. From the facts alleged and the Defendant named, venue properly lies in the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). The Court finds that the interests of justice would be best served by transferring this case. 28 U.S.C. § 1406(a). The Court directs the Clerk to transfer the entire case file to the United States District Court for the Western District of Arkansas. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Compare In re Nine Mile Limited*, 673 F.2d 242, 243 (8th Cir. 1982).

So Ordered.

                                       _/s/ D.P. Marshall Jr._
                                       D.P. Marshall Jr.
                                       United States District Judge

                                       27 May 2025