IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**LAURIE BORDOCK**                                                                                            **PLAINTIFF**

**V.**                      **CASE NO. 3:25-CV-3031**

**CITY OF MOUNTAIN HOME, ARKANSAS and**
**OFFICER DANIEL KING**                                                **DEFENDANTS**

**ORDER**

On December 12, 2025, the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas, performed an initial screening of Plaintiff's Complaint and issued a Report and Recommendation ("R&R") (Doc. 20). She recommends that Plaintiff's claim against Officer King for false arrest be allowed to proceed and that all claims against the City of Mountain Home be dismissed without prejudice for failure to state a claim. On December 29, 2025, Plaintiff filed an Objection (Doc. 25) to the R&R; however, the Objection is not proper because it fails to engage with the Magistrate Judge's reasoning in any respect. *See* 28 U.S.C. § 636(b)(1)(C). Plaintiff simply repeats some of her prior allegations and asserts that the City of Mountain Home is corrupt and that its Mayor "needs to be put in prison." (Doc. 25). Nevertheless, the Court reviewed the entire case *de novo* and agrees with the Magistrate Judge's recommendations.

**IT IS THEREFORE ORDERED** that the Objection is **OVERRULED**, the R&R is **ADOPTED**, and all claims against the City of Mountain Home are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim. The City of Mountain Home is therefore **TERMINATED** as a party to this action. However, Plaintiff's claim against

Officer King for false arrest in his individual capacity will proceed. The case remains **REFERRED** to the Magistrate Judge.

    **IT IS SO ORDERED** on this 30th day of December, 2025.

                                       */s/ Timothy L. Brooks*
                                       TIMOTHY L. BROOKS
                                       CHIEF UNITED STATES DISTRICT JUDGE